IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NORMAN NOWLIN**                                                                                          **PLAINTIFF**

V.                                           **CASE NO. 5:23-CV-5060**

**KYLE SYLVESTER, Circuit Clerk,**
**Washington County**                                                                                      **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 13) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge has conducted a preservice screening of the Complaint pursuant to § 1915(e)(2)(B) and recommends that: (1) Mr. Nowlin's claim that Defendant violated the Constitution by denying Mr. Nowlin free transcripts be dismissed, as Defendant is entitled to quasi-judicial immunity and Eleventh Amendment immunity; (2) the claim for damages be dismissed based on Eleventh Amendment immunity; and (3) the claim for prospective injunctive relief be preserved for further disposition.

On July 7, 2023, Mr. Nowlin filed an Objection (Doc. 16) to the Report and Recommendation. It appears Mr. Nowlin makes no substantive objection to any of the Magistrate Judge's recommendations. Rather, his purpose in filing was to make certain he would still be entitled to seek reimbursement of his filing fees and costs if he prevailed on his claim for prospective injunctive relief. The Objection does not require a ruling. However, the Court advises Mr. Nowlin that though a litigant suing under 42 U.S.C. § 1983 is not entitled to an award of damages against a state actor due to

1

Eleventh Amendment immunity, a federal court may still award the litigant his attorney's fees and other costs under § 1988 as part of the prospective injunctive relief. *See El–Tabech v. Clarke,* 616 F.3d 834, 837 (8th Cir. 2010).

**IT IS ORDERED** that the Report and Recommendation is hereby **ADOPTED IN ITS ENTIRETY**.

**IT IS SO ORDERED** on this 11th day of July, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE