IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NORMAN NOWLIN                                                                    PLAINTIFF

V.                                        CASE NO. 5:23-CV-5060

KYLE SYLVESTER, Circuit Clerk,
Washington County                                                             DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 31) filed in this case on April 3, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendant Sylvester's Motion for Summary Judgment (Doc. 24) is **GRANTED**, and this case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of April, 2024.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE